**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**AHMED FATHY IBRAHIM HIKAL, *et al.*** **PLAINTIFFS**

**v.** **Case No. 4:26-cv-00434-KGB**

**U.S. DEPARTMENT OF STATE, Marco Rubio,**
**Secretary in his official capacity, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court is the notice of voluntary dismissal of plaintiffs Ahmed Fathy Ibrahim Hikal, Shaimaa Elsayed Abdelmenem Ballouz, Huda Ahmed Fathy Hikal, Doe R.H., a minor, by and through her parents and next friends (hereinafter collectively "Plaintiffs") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Dkt. No. 9). Plaintiffs state that they voluntarily dismiss their case against all defendants (*Id.*). Plaintiffs have served defendants (Dkt. No. 3). Defendants filed a motion to dismiss or, alternatively, to transfer venue, but have not yet answered the petition for writ of mandamus and complaint for declaratory and injunctive relief. Accordingly, the Court adopts Arroyo's notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i) (Dkt. No. 9). The Court denies as moot defendants' motion to dismiss or, alternatively, to transfer venue (Dkt. No. 7). The Clerk is directed to close this case.

So ordered this the 26th day of August, 2026.

Kristine G. Baker

Kristine G. Baker
Chief United States District Judge